UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 07-175 |
| DEVON WILSON | SECTION "K" (2) |

*************************************************************************

## **ORDER**

Considering the foregoing motion:

**IT IS HEREBY ORDERED**

that the hearing on the Motion to Suppress be and is hereby cancelled and the Motion to Suppress be dismissed and withdrawn.

New Orleans, Louisiana, this  17th  day of          March         , 2008.

_____
UNITED STATES DISTRICT JUDGE